Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

___ District of Connecticut ___

__BRIDGEPORT_____ Division

MAY 19 2021 PM 12:19
FILED_M - USDC - BPT - CT

FRIMPONG AMPADU

Case No. _____
(to be filled in by the Clerk's Office)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

BRIDGES AND TUNNELS, TRANSWORLD SYSTEMS, INC

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | FRIMPONG AMPADU |
| Street Address | 39 BUCKLAND ST #13223 |
| City and County | MANCHESTER, HARTFORD COUNTY |
| State and Zip Code | CT 06042 |
| Telephone Number | 8603272348 |
| E-mail Address | AMPADUFRIMPONG441@GMAIL.COM |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Case 3:21-cv-00690-JAM   Document 1   Filed 05/19/21   Page 2 of 20

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**Defendant No. 1**

| | |
|---|---|
| Name | BRIDGES AND TUNNELS |
| Job or Title (if known) | |
| Street Address | P.O. BOX 1516 |
| City and County | ALBANY, RICHMOND |
| State and Zip Code | NY, 12212 |
| Telephone Number | 844-826-8400 |
| E-mail Address (if known) | |

**Defendant No. 2**

| | |
|---|---|
| Name | TRANSWORLD SYSTEMS, INC |
| Job or Title (if known) | |
| Street Address | 1105 SCHROCK ROAD SUITE 300 |
| City and County | COLUMBUS, FRANKLIN |
| State and Zip Code | OHIO, 43229 |
| Telephone Number | 866-847-0683 |
| E-mail Address (if known) | |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
15 USC 1692

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____ and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?
        At 39 BUCKLAND ST #13223 MANCHESTER, CONNECTICUT 06042

    B.    What date and approximate time did the events giving rise to your claim(s) occur?
        1. On or about February 20

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. A letter from BRIDGES AND TUNNELS was delivered at my abode at 39 Buckland St #13223 Manchester, CT 06042
2. Plaintiff has not provided her express consent to BRIDGES AND TUNNELS to contact her through any medium.
3. BRIDGES AND TUNNELS states that Plaintiff owes a debt and is harrasing Plaintiff with threats of legal action for such alleged debt
4. BRIDGES AND TUNNELS is still sending communication to Plaintiff after a demand for validation and a cease and desist has been sent to BRIDGES AND TUNNELS and signed return receipt received.
5. On March 29, 2020, BRIDGES AND TUNNELS caused a letter to be sent to Plaintiff at his abode referenced above about the alleged debt BRIDGES AND TUNNELS is threatening about. Cont. Attached

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

1. By doing the acts described in paragraph 1 through 2, BRIDGES AND TUNNELS is in violation of 15 USC 1692c(a) by communicating with Plaintiff without his express consent or the express permission of a court of competent jurisdiction thereby entitling Plaintiff to recover damages pursuant to 15 USC 1692k
2. By doing the acts described in paragraph 3 through 4, BRIDGES AND TUNNELS is in violation of 15 USC 1692b(2) by stating that Plaintiff owes a debt thereby entitling Plaintiff to recover damages pursuant to 15 USC 1692k
3. By doing the acts described in paragraph 4 BRIDGED AND TUNNELS is in violation of 15 USC 1692d(2) by using threats and abusive language the consequence of which is to harass Plaintiff thereby entitling Plaintiff to recover damages pursuant to 15 USC 1692k. Continued in Attachment.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff prays for judgment against BRIDGES AND TUNNELS and TRANSWORLD SYSTEMS, INC for the following:
1. That BRIDGES AND TUNNELS and TRANSWORLD SYSTEMS, INC is causing, and have caused Plaintiff mental angiush and emotional distress.
2. That BRIDGES AND TUNNELS and TRANSWORLD SYSTEMS, INC have violated, are violating and have caused Plaintiff's right to be violated.
3. Awarding to Plaintiff damages, cost, expenses, compensatory damages, prejudgement interests, punitive damages.
4. Awarding such other and further relief as the Court deems just and proper.

III.                           Statement of Claim

**Continued...**

What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

5.... The letter caused by BRIDGES and TUNNELS to be sent to Plaintiff is from TRANSWORLD SYSTEM, INC.
6. TRANSWORLD SYSTEM, INC says Plaintiff owes a debt.
7. Plaintiff demanded validation of such debt, and a cease and desist from communicating with Plaintiff but TRANSWORLD SYSTEMS, INC didn't comply and kept sending communication after a signed return receipt was received by Plaintiff.
8. TRANSWORLD SYSTEMS, INC did not comply with Plaintiff demands and kept harassing Plaintiff for the alleged debt.
9. TRANSWORLD SYSTEMS, INC used a symbol in the content of his letter that indicates he is in the debt collection business.
10. BRIDGES AND TUNNELS used a symbol on his envelopes that indicates he is in the debt collection business.
11. BRIDGES AND TUNNELS used obscene and profane language with the intent to harass and abuse the Plaintiff. **See Attached Exhibit Labeled A**

IV.                            Irreparable Injury

4. . By doing the act described in paragraph 5, BRIDGES AND TUNNELS is in violation of 15 USC 1692c(a) by causing a letter to be sent to Plaintiff without his express consent or an express permission of a court of competent jurisdiction.

5. By doing the act described in paragraph 6, TRANSWORLD SYSTEMS, INC is in violation of 15 USC 1692b(2) by saying Plaintiff owes a debt thereby entitling Plaintiff to recover damages pursuant to 15 USC 1692k

6. By doing the acts described in paragraph 7 through 8, TRANSWORLD SYSTEMS, INC is in violation of 15 USC 1692d(2) by harassing Plaintiff in an attempt to collect a debt thereby entitling Plaintiff to recover damages pursuant to 15 USC 1692k

7. By doing the acts described in paragraph 9, TRANSWORLD SYSTEMS, INC is in violation of of 15 USC 1692b(5) by using a symbol in the content of his letter that indicates he's in the debt collection business thereby entitling plaintiff to recover damages pursuant to 15 USC 1692k

8. By doing the acts described in paragraph 10, BRIDGES and TUNNELS is in violation of 15 USC 1692b(5) by using a symbol in the content of his letter and envelopes that indicated he's in the debt collection business thereby entitling plaintiff to recover damages pursuant to 15 USC 1692k

9. By doing the acts described in paragraph 11, BRIDGES AND TUNNELS is in violation of 15 USC 1692d(2) by harassing the Plaintiff in an attempt to collect a debt thereby entitling plaintiff to recover damages pursuant to 15 USC 1692k.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/04/2021

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: FRIMPONG AMPADU

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

TRANSWORLD SYSTEMS, INC

EXHIBITS

B

CERTIFIED MAIL#: 7020 0090 0000 7961 7891

## AFFIDAVIT OF TRUTH

Frimpong Ampadu, I, am that I am, a living soul, consumer in fact, original creditor, agent, over 18 years of age, being competent to testify and having first hand knowledge of the facts herein, declares under penalty of perjury of the laws of the United States of America, that:

1. On or about April 3, 2021, a mail from **TRANSWORLD SYSTEMS INC ("Respondent")** was delivered in the mailbox at my abode at **39 BUCKLAND ST #13223 MANCHESTER, CT 06042.**

2. The undersigned consumer has not provided an express consent to RESPONDENT to contact consumer through any medium nor is there on the record a judgement from a court of competent jurisdiction giving debt collector permission to contact consumer. RESPONDENT has violated consumer's right to privacy. See: 15 USC 1692c(a)

3. RESPONDENT says consumer owes a debt and uses obscene language to harass and abuse the consumer in an attempt to collect such debt. See: 15 USC 1692d(2), (EXHIBIT 1)

4. RESPONDENT has been furnished an invoice by the consumer to remit payment to remedy the injuries in the attached EXHIBITS for violations under The Fair Debt Collections Practices Act.

Further, Affiant sayeth naught.

Date: 04/05/2021    Signed: _____

FRIMPONG AMPADU, Consumer-in-fact

On this, the 5th day of April, 2021, before me, a notary public, the undersigned officer, personally appeared Frimpong Ampadu, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that s/he executed the same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal.

Notary Public

ERMELINDA ELENA MACOVEN
NOTARY PUBLIC OF CONNECTICUT
My Commission Expires 11/30/2025

Return Mail Address:
P.O. Box 15618
Wilmington, DE 19850-5618
900.5519.TOLL

TRANSWORLD SYSTEMS INC.
1105 SCHROCK ROAD SUITE 300
COLUMBUS, OH 43229
1-800-234-3550

**EXHIBIT A**

Calls to or from this company may be monitored or recorded.

Date: March 29, 2021
Our Account #: 19680713
Creditor: MTA BRIDGES AND TUNNELS
Creditor's Account #: 588267444-T217466202731-01
Regarding: T217466202731
Violation Code: 00000000000
Plate #: AX34274
Balance Due: $109.50

118000 - 117

FRIMPONG AMPADU
39 BUCKLAND ST APT 1322-3
MANCHESTER CT   06042-7727

---

MTA BRIDGES AND TUNNELS has placed your account(s) with this office for collection. This is a request for payment. As the registered owner(s)/operator(s) of this vehicle associated with the License Plate involved with the violation listed above you are responsible for the toll and violation fee placed by MTA BRIDGES AND TUNNELS. Please return the lower section of this notice, or a copy thereof, with your payment.

Make your check or money order payable to TRANSWORLD SYSTEMS INC. and mail it in the enclosed envelope.

For more information, go to http://www.e-zpassny.com and click on "Violations".

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute this debt, or any portion thereof, this office will obtain verification of the debt or a copy of a judgment and mail you a copy of such verification or judgment. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect unpaid tolls and/or violation fees. Any information obtained will be used for that purpose. This is a communication from a debt collector.

Office Hours: Monday through Thursday 8:00am to 9:00pm, Friday 8:00am to 5:00pm, Saturday 8:00am to 12:00pm (ET)

You may also make payment by visiting us on-line at https://payments.tsico.com. Your unique registration code is 1968071322.

This collection agency is licensed in Connecticut, License Number: CCA-BCH-1130703.

If you have an income tax refund, perhaps you can use the proceeds to pay this account.

---

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

TSI Physical Address:
TRANSWORLD SYSTEMS INC.
1105 SCHROCK ROAD SUITE 300
COLUMBUS, OH 43229
1-800-234-3550

Our Account #: 19680713
FRIMPONG AMPADU

Balance Due: $109.50

Payment Amount
$

Check here if your address has changed and print your new address in the space provided below.

Send payment and correspondence to:

TRANSWORLD SYSTEMS INC.
PO BOX 15110
WILMINGTON, DE 198505110

P5519
117

0900   000019680713 1   00010950 1 0000 6

CERTIFIED MAIL#: 7020 0090 0000 7961 7891

Send ALL Correspondence to:
**ELENA MACOVEN**
Notary Acceptor whose Business Address is:
35-31 TALCOTTVILLE ROAD
VERNON, CT 06066

# DEMAND FOR VALIDATION

Date: April 05, 2021

FROM:

FRIMPONG AMPADU
39 BUCKLAND ST #13223
MANCHESTER, CT 06042

TO:

TRANSWORLD SYSTEMS INC.
1105 SCHROCK ROAD SUITE 300
COLUMBUS, OH 43229

**Re: Account#: 19680713**
 **Regarding: T217466202731**

Be advised that this is not a refusal to pay, but a **NOTICE** sent pursuant to the Fair Debt Collection Practices Act, 15 USC 1692g stating your claim is disputed and validation is requested.

This is NOT a request for "verification" or proof of my mailing address, but a request for VALIDATION made pursuant to the above named Title and Section. I respectfully request your offices provide me with competent proof that I have any legal obligation to pay this alleged debt.
    At this time, I will inform you that if your offices have reported invalidated information to any of the 3 major credit bureaus (Equifax, Experian and Transunion) this action might constitute fraud under both Federal and State Laws. Due to this fact, if any negative mark is

found on any of my credit reports by your company or the company that you represent, I will not hesitate in bringing legal actions against you and your client for the following:

1. **Violation of the Fair Debt Collection Practices Act**
2. **Violation of the Fair Credit Reporting Act**
3. **Defamation of Character**

If your offices are able to provide the proper documentation as requested in the following Declaration, I will require at least 30 days to investigate this information, during which time all collection activity must **cease and desist**. Also, during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with my legal counsel for a suit. This includes any listing of any information to a credit reporting repository that could be inaccurate or invalidated. If your office fails to respond to this validation request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from your database.

**I demand all of the following:**

Name and address of alleged creditor:_____

Name on file of alleged debtor_____

Alleged account number_____

Address on file for alleged debtor_____
_____

Amount of alleged debt_____

Date(this alleged debt became payable)._____

Date of original charge or delinquency_____

Was this debt assigned to a debt collector or purchased?
_____

Amount paid if debt was purchased._____

Commission for debt if collection efforts are successful._____

Also include the following in your letter:

- Agreement with your client that grants **TRANSWORLD SYSTEMS INC.** the authority to collect this alleged debt.
- Signed agreement Debtor has made with Debt Collector, or other verifiable proof Debtor has a contractual obligation to pay Debt Collector.
- Any agreement that bears the signature of Debtor, wherein agreed to pay Creditor
- All statements while this account was open.
- Have any insurance claims been made by any creditor regarding this account? Yes___   No___
- Has any judgement been obtained by any creditor regarding this account? Yes___   No___

Please provide the name and address of the bonding agent for **TRANSWORLD SYSTEMS INC.**, in case legal action becomes necessary:

Authorized signature of Creditor:_____

Date:_____

You must return this form completed along with copies of all requested information, assignments or other transfer agreements, which would establish your right to collect this alleged debt within 30 days from the date of your receipt of this letter.

Your claim cannot and **WILL NOT** be considered if any portion of this form is not completed and returned with copies of all requested documents. This is a request for validation made pursuant to the Fair Debt Collection Practices Act.

Please allow 30 days for processing after I receive this information.

# CEASE AND DESIST

Pursuant to 15 USC 1692c(c) I am notifying you in writing that I refuse to pay this alleged debt, and I am demanding that you cease all forms of communication with me through any and all mediums.

Pursuant to 15 USC 1692c(c)(3)

I am invoking my specified remedy as a consumer, the original creditor, I am demanding all of the following:

1. Zero out the balance of this account.

2. Delete all references to this account.

3. Pay the attached invoice and compensate me for every violation labeled in the attached exhibit.

Best regards,

*[signature]*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Debby Morrison_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Debby Morrison   C. Date of Delivery: 4-12-2021 |
| 1. Article Addressed to:<br>TRANS WORLD SYSTEMS INC.<br>1105 SCHROCK ROAD<br>SUITE 300<br>COLUMBUS, OH 43229 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 5402 9189 4993 29 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ ed Mail<br>☐ ed Mail Restricted Delivery $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 0090 0000 7961 7891 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

## Notice of Default / Opportunity to Cure

**FROM:**
FRIMPONG AMPADU
39 BUCKLAND ST #13223
MANCHESTER, CT 06042

**TO:**
TRANSWORLD SYSTEMS, INC
1105 SCHROCK ROAD SUITE 300
COLUMBUS, OH 43229

Date: 04/21/2021

On or about April 05, 2021, the undersigned consumer presented **ALLEGED VIOLATIONS OF THE FAIR DEBT COLLECTIONS PRACTICES ACT** with their **AFFIDAVIT SWORN UNDER PENALTY OF PERJURY** and **PROOF OF ALLEGATIONS** to **TRANSWORLD SYSTEMS** hereinafter "Respondent" with specific instructions to perform or rebut the allegations placed upon him. These presentments were sent by USPS Certified Mail # 7020 0090 0000 7961 7891. Respondent received these instruments, a copy of signed return receipt is attached as proof. **[See Exhibit 1]**

    As the Respondent, you are now in default, and you are in agreement and have stipulated to the terms of the undersigned's dated presentment through your dishonor. You have the right to cure this fault and perform according to said terms within ten **(10)** days from the receipt of this Notice of Fault.

    Should you fail to cure your fault, the undersigned consumer will obtain Judgement against you solidifying your agreement and failure to contest acceptance. Thank you for your prompt attention to this matter.

Sincerely,

*/s/ Frimpong Ampadu*

Authorized Representative/ Attorney-in-Fact,
Frimpong Ampadu



Transworld Systems Inc.
500 Virginia Drive | Suite 514 | Ft Washington, PA 19034
Phone: 877-736-0504  Fax: 866-847-0683
Hours of Operation: M-F 8:00am-5:00pm ET

April 22, 2021

(Via CFPB Portal)
Frimpong Ampadu
39 Buckland Street #13223
Manchester, CT 06042

    Re:    Creditor: MTA Bridges & Tunnels
           Account No.: 588267444-T217466202731-01
           Our Reference Number: 19860713-TOLL
           Total Balance: $109.50

Dear Frimpong Ampadu:

Transworld Systems Inc. (TSI) has received your complaint filed with the Consumer Financial Protection Bureau. TSI has researched this matter and the findings are set forth below:

TSI requested and has received validation information for your account. Enclosed is the validation information TSI received from the creditor that corresponds to the above-referenced account. TSI has placed the referenced account in a restrictive status to prevent further collection activity in our office. It is TSI's intent not to have any further communication with you in reference to the above account. You may contact Dutchess Watson at (614) 791-4682 for any further questions regarding your account.

We have taken the information you have provided to us very seriously and appreciate your efforts in bringing your concerns to our attention. Let us state at the outset that it is not the policy or the practice of this company to engage in unfair, deceptive or misleading practices. Nor are such occurrences tolerated. Our employees are trained and are also regularly monitored for compliance purposes. Please be assured that your comments have been thoroughly reviewed and have not been taken lightly.

Please note, TSI is investigating your allegations of misconduct. Should it be found that collector violated TSI's policies and procedures relating to the handling of this account, the collector will be disciplined and retrained regarding TSI's policies and procedures.

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR. THIS COLLECTION AGENCY IS LICENSED IN CONNECTICUT, LICENSE NUMBER: CCA-**950422**.

CALLS TO OR FROM TRANSWORLD SYSTEMS INC. MAY BE MONITORED OR RECORDED FOR QUALITY ASSURANCE.

PAGE 1 OF 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TRANSWORLD SYSTEMS, INC
1105 SCHROCK RD STE 300
COLUMBUS, OH 43229

9590 9402 5829 0034 3951 41

2. Article Number (Transfer from service label)

7020 0090 0000 7961 7921

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X God 19
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt